UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC., | : |
| | : Case No.: |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHARLES ZUCHOWSKI and | : |
| DEBORAH ZUCHOWSKI, | : |
| | : |
| Defendants. | : |

## ORDER

This matter came before the United States District Court for District of Connecticut on the petition to compel arbitration filed by plaintiff Doctor's Associates Inc. ("DAI"). The Court has reviewed all of the papers filed in conjunction with the petition. Accordingly, it is hereby:

**ORDERED** that the petition to compel arbitration is granted; and it is further

**ORDERED** that defendants pay the petitioner's costs and attorney's fees incurred in connection with this action or otherwise incurred in connection with the lawsuit that defendants served on DAI and Ghazi Faddoul on or about December 19, 2011 and thereafter filed in Connecticut Superior Court, Docket No. NNH-CV12-6025891-S.

**SO ORDERED.**

Entered at _____, Connecticut, this _____ day of _____, 2012.

_____
United States District Judge